# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nugent, Robert E. | District of Kansas | 04/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U. S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

104 U.S. Courthouse
401 North Market
Wichita, Kansas 67202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | National Conference of Bankrutpcy Judges |
| 2. | Member | Kansas University Alumni Association, Wichita Area Chapter Board of Directors |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/7/12 | Bloomberg, LP; Writing | $2,556.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/12 | Teaching Income, USD 385 |
| 2. 1-12/12 | Realtor Income, Prudential Real Estate |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Conf. of Bankruptcy Judges | 10/23/12-10/27/12 | San Diegon, CA | NCBJ Annual Meeting | travel, meals and lodging |
| 2. | American Bankruptcy Institute | 10-4-5/12 | Kansas City MO | Midwestern Bky Institute | mileage, lodging and meals |
| 3. | Nat'l Conf. of Bankruptcy Judges | 3/19-20/12 | Miami Beach, FL | NCBJ Midyear Meeting | travel, meals and lodging |
| 4. | American College of Bankruptcy | 3/15-16/12 | Washington, DC | ACB Intallation/Annual Meeting | travel, meals and lodging |
| 5. | Kansas Womens Attorneys Association | 7?2/12 (one day) | Lindsborg, KS | KWAA Annual Meeting | travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Cash Reserve Money market Account ("MMA") | A | Interest | | | Redeemed | 1/17/12 | J | A | |
| 2. AmFunds Fundamental Inv. (R/O) | A | Dividend | K | T | | | | | |
| 3. AmFunds Growth (R/O IRA) | A | Dividend | K | T | | | | | |
| 4. AmFund New Perspective (R/O IRA) | A | Dividend | K | T | | | | | |
| 5. Emprise Bank Account | A | Interest | J | T | | | | | |
| 6. Emprise Bank MMA | A | Interest | J | T | | | | | |
| 7. Emprise Bank Passbook Account II | A | Interest | J | T | | | | | |
| 8. Emprise CD 2 | A | Interest | J | T | | | | | |
| 9. Citizens Bank CD (Y) | | | | | | | | | |
| 10. Emprise CD 6 (77) | A | Interest | J | T | Open | 3/11/11 | J | | |
| 11. Citizens Bank Saving | A | Interest | M | T | | | | | |
| 12. Learning Quest 529 Fund Short-term (American Century) | A | Distribution | J | T | Redeemed (part) | 1/6/12 | J | A | |
| 13. Vanguard Small Cap Value Index | A | Dividend | | | Redeemed | 07/11/12 | J | A | |
| 14. Vanguard Total Bond Mkt IDX | A | Dividend | | | Redeemed | 07/11/12 | J | A | |
| 15. Vanguard 500 Index | A | Dividend | | | Redeemed | 07/11/12 | J | A | |
| 16. Vanguard Value Index | A | Dividend | | | Redeemed | 01/03/12 | J | A | |
| 17. Vanguard Total Internat. Index | A | Dividend | | | Redeemed | 07/11/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AmFunds Income Fund America (R/O IRA) | A | Dividend | K | T | | | | | |
| 19. Citizens Bank of Kansas Dep Acct | A | Interest | J | T | | | | | |
| 20. Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |
| 21. Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 22. Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 23. Vanguard High Div Yield Idx (R/O IRA) | A | Dividend | | | Sold | 06/12/12 | K | C | |
| 24. Vanguard Target Retirement 2020 (R/O IRA) | D | Dividend | | | Sold | 06/12/12 | N | D | |
| 25. Vanguard Prime MM Fund (R/O IRA) | A | Int./Div. | | | Sold | 06/12/12 | J | A | |
| 26. Emprise Bank CD 3 (19) | A | Int./Div. | J | T | Open | 07/17/12 | J | | |
| 27. Emprise Bank CD 4 (30) | A | Int./Div. | J | T | Open | 07/17/12 | K | | |
| 28. Emprise Bank CD 5 (41) | A | Int./Div. | J | T | Open | 7/17/12 | K | | |
| 29. Prime Fund Daily MF (R/O IRA) | A | Int./Div. | K | T | Open | 6/12/12 | N | | |
| 30. Amer RCP III (R/O IRA | B | Distribution | L | T | Buy | 06/12/12 | K | | |
| 31. Halcon Res Corp (R/O IRA) | A | Dividend | J | T | Buy | 1/26/12 | J | | |
| 32. Hartford High Yield A (R/O IRA) | B | Dividend | K | T | Buy | 6/12/12 | K | | |
| 33. Ivy High Income A (R/O IRA | B | Dividend | M | T | Buy | 6/12/12 | M | | |
| 34. Transamerica High Yield (R/O IRA) | B | Dividend | L | T | Buy | 6/12/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Simple IRA Amer. Fund Cap Inc Bldr | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7:

Line 9:  Citizens Bank CD oreviously noted as redeemed in part on 3/11/11 should have been reported as redemed in full in amount shown and transferred to Emprise Bank CD 6 which was opened the same date, see Line 10.

LInes 13-17: Vanguard taxable funds liquidated, proceeds to Emprise CDs, lines 26-28.

Line 23-25: Vanguard IRA rolled over to IRA investments listed on lines 29-34.

**FINANCIAL DISCLOSURE REPORT**

Page 8 of 8

Name of Person Reporting

Nugent, Robert E.

Date of Report

04/29/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544